# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> VIVIAN M IBARRA-BRADLER <br><br> Debtor(s) | Case No. 15-38890 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/15/2015.

2) The plan was confirmed on 01/11/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/09/2017.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-38890  Doc 29  Filed 06/08/17  Entered 06/08/17 11:21:57  Desc Main
Document  Page 2 of 4

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,009.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,009.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,081.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $390.16 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,471.73** |

Attorney fees paid and disclosed by debtor:  $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASPIRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 1,473.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRAR DENTISTRY | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CADENCE PHYSICIAN GROUP | Unsecured | 2,375.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 8,178.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 3,904.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER CAPITAL | Secured | 12,000.00 | 20,863.36 | 20,863.36 | 4,663.78 | 873.49 |
| CHRYSLER CAPITAL | Unsecured | 8,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 16,528.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 9,779.00 | NA | NA | 0.00 | 0.00 |
| CITY CENTRAL PHYSICAL THERAPY | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BK MACY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DR LANCE REINKE | Unsecured | 5,400.00 | NA | NA | 0.00 | 0.00 |
| DR SEEMA GUPTA | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MED GROUP | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,639.00 | 1,921.13 | 1,921.13 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,442.00 | 1,442.92 | 1,442.92 | 0.00 | 0.00 |
| EDWARD HOSPTIAL ASSOC | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| LINDEN OAKS MED GRP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,880.00 | 1,713.15 | 1,713.15 | 0.00 | 0.00 |
| NAPERVILLE PSYCHIATRIC VENTUR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NEUROSCIENCES AT CDH | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 9,293.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 12,000.00 | 21,335.14 | 21,335.14 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWEST COLLECTORS | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS EXPRESS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VON MAUR | Unsecured | 290.00 | 487.17 | 487.17 | 0.00 | 0.00 |
| WARRENVILLE CLERK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $42,198.50 | $4,663.78 | $873.49 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$42,198.50** | **$4,663.78** | **$873.49** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,564.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,471.73 |
| Disbursements to Creditors | $5,537.27 |
| **TOTAL DISBURSEMENTS :** | **$9,009.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/08/2017                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**